1  Eugene Ashley, Bar No. 171885
   eashley@hopkinscarley.com
2  Aleksandr Korzh, Bar No. 286613
   akorzh@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
8  Facsimile:     (408) 998-4790

9  Attorneys for Defendants
   UNIGATE ENTERPRISE INC.; UNIGATE
10 GRAPHIC, INC.; UNIGATE INVESTMENT, INC.;
   LOUIS LIU; HELEN ZHANG; and JIANJUN LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESIGN DATA CORPORATION, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIGATE ENTERPRISE, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO.  CV-12-4131-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS;  ORDER** |

PLEASE TAKE NOTICE that Defendants Unigate Enterprise, Inc., Unigate Graphic, Inc., Unigate Investment, Inc., Jianjun 'Louis' Liu and Helen Zhang ("Defendants") have retained J. James Li, LiLaw Inc. to substitute as counsel of record for Hopkins & Carley, A Law Corporation in the above-captioned matter.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

733\1047973.1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; ORDER                CV-12-4131-WHO

Withdrawing as counsel of record for Defendants are:

    Eugene Ashley
    Hopkins & Carley, ALC
    70 S. First Street
    San Jose, CA 95113-2406
    Telephone:  (408) 286-9800
    Facsimile:  (408) 998-4790
    Email:  eashley@hopkinscarley.com

    Aleksandr Korzh
    Hopkins & Carley, ALC
    70 S. First Street
    San Jose, CA 95113-2406
    Telephone:  (408) 286-9800
    Facsimile:  (408) 998-4790
    Email:  akorzh@hopkinscarley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

    J. James Li
    LiLaw Inc.
    5050 El Camino Real, Suite 200
    Los Altos, CA 94022
    Telephone:  (650) 521-5954
    Email:  lij@lilaw.us

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: October 18, 2013    UNIGATE ENTERPRISE INC.; UNIGATE GRAPHIC, INC.; UNIGATE INVESTMENT, INC.; LOUIS LIU; HELEN ZHANG; and JIANJUN LIU

    By: _____/s/_____
        JIANJUN 'LOUIS' LIU

    By: _____/s/_____
        HELEN ZHANG

DATED: October 18, 2013    HOPKINS & CARLEY, A Law Corporation

    By: _____/s/_____
        EUGENE ASHLEY

DATED: October 18, 2013    LILAW INC.

    By: _____/s/_____
        J. JAMES LI

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

733\1047973.1      - 2 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; ORDER      CV-12-4131-WHO

1   I hereby attest that Hopkins & Carley has obtained concurrence in the filing of this
2   document from each of the other signatories on this e-filed document.

4   DATED: October 18, 2013          HOPKINS & CARLEY, A Law Corporation

                                     By: _____/s/_____
                                            EUGENE ASHLEY

8   The above withdrawal and substitution of counsel is approved and so ORDERED.

10  DATED:  10/29/2013               _____
                                     JUDGE OF THE UNITED STATES DISTRICT
                                     COURT

733\1047973.1                        - 3 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; ORDER    CV-12-4131-WHO

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK