UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESIGN DATA CORPORATION,

        Plaintiff,

     v.

UNIGATE ENTERPRISE, INC., et al.,

        Defendants.

Case No.  12-cv-04131-WHO

**ORDER RE MOTIONS TO CHANGE CASE SCHEDULE AND DISCOVERY**

Re: Dkt. Nos. 64, 65

      Currently before the Court are plaintiff's *ex parte* motion to extend the case management schedule and continue the hearing date on defendants' motion for summary judgment and defendants' motion for a protective order to prevent plaintiff from deposing third-parties.

      The Court will address these motions during the February 11, 2014 Case Management Conference.  Plaintiff shall file a response (not to exceed 2 pages) to defendants' motion for a protective order by 12:00 p.m. on **February 10, 2014**.  Defendants shall file a response (not to exceed five pages) to plaintiff's motion to extend dates by 12:00 p.m. on **February 10, 2014**.

      **IT IS SO ORDERED**.

Dated: February 5, 2014

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California